IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:15-cv-436

| | |
|---|---|
| JAY BAILEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF OXFORD, | ) |
| UNIVERSITY OF CAMBRIDGE, | ) |
| THE DONS OF OXFORD AND CAMBRIDGE, | ) |
| CHRIS PATTEN, | ) |
| ANDREW HAMILTON, | ) |
| NICK RAWLINS, | ) |
| SALLY MAPSTONE, | ) |
| STEPHEN GOSS, | ) |
| WILLIAM JAMES, | ) |
| IAN WALMSLEY, | ) |
| ANNE TREFETHEN, | ) |
| ROGER AINSWORTH, | ) |
| RICHARD CARWARDINE, | ) |
| FRANCES LANNON, | ) |
| HERMIONE LEE, | ) |
| PAUL MADDEN, | ) |
| ALICE PROCHASKA, | ) |
| REBECCA SURENDER, | ) |
| RALPH WALLER, | ) |
| EWEN MCKENDRICK, | ) |
| DAVID SAINSBURY, | ) |
| LESZEK BORYSIEWICZ, | ) |
| STEVE YOUNG, | ) |
| LYNN GLADDEN, | ) |
| JENNIFER BARNES, | ) |
| JEREMY SANDERS, | ) |
| JONATHAN NICOLLS, and | ) |
| JOHN DOES/JANE DOES, | ) |
| | ) |
| Defendants. | ) |

*************************************************************************
**Order Granting Motion to Stay Discovery and Initial Attorneys' Conference**
*************************************************************************

This matter is before the Court on the Motion of All Defendants to Stay Discovery and Initial Attorneys' Conference ("Motion"). For the reasons stated in the Motion, the Court finds the Motion to be well taken.

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted and that:

(1) The initial attorneys' conference is stayed until there has been joinder of the issues and closing of the pleadings, which could occur only after the Court has ruled on Defendants' Motion to Dismiss; (2) if there is joinder of the issues and the pleadings are closed, then the parties are to conduct an initial attorneys' conference and submit a Certification of Initial Attorneys' Conference within 14 days after joinder of the issues and close of the pleadings; and (3) discovery in this matter, particularly including the discovery attached to the Motion as Exhibit A, is stayed until issuance of a Scheduling Order, which shall not occur until after joinder of the issues and close of the pleadings.

Signed: January 8, 2016

Graham C. Mullen
United States District Judge